**Maria L. CASTILLO, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 02–7117.**

United States Court of Appeals, Federal Circuit.

Dec. 30, 2003.

*ORDER*

Upon consideration of Maria L. Castillo's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.